# ELECTRONIC RECORD

COA # 11-12-00326-CR          OFFENSE: OTHER CRIMINAL

STYLE: **Ammie Lucille Smith v. The State of Texas**          COUNTY: Midland

COA DISPOSITION: AFFIRMED          TRIAL COURT: County Court at Law No. 2

DATE: 08/07/14          Publish: NO   TC CASE #: CR137834

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Ammie Lucille Smith v. The State of Texas**          CCA #: **PD-1417-14**

_PRO SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _12/10/2014_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**